### 19162. Mathis *v.* The State.

Broyles, C. J. The evidence authorized the verdict, and the motion for a new trial contained the usual general grounds only.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

Decided November 13, 1928.

*D. E. Griffin, J. B. Wall,* for plaintiff in error.
*T. Hoyt Davis, solicitor-general,* contra.

### 19182. Blair *v.* The State.

Broyles, C. J. The evidence was not wholly circumstantial and amply authorized the defendant's conviction, and none of the grounds of the amendment to the motion for a new trial show cause for a reversal of the judgment.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

Decided November 13, 1928.

*Willis Smith,* for plaintiff in error.
*Emmett Smith, solicitor,* contra.